# United States Court of Appeals for the Federal Circuit

---

**SHENYANG YUANDA ALUMINUM INDUSTRY ENGINEERING CO., LTD., YUANDA USA CORP.,**
*Plaintiffs*

**JANGHO CURTAIN WALL AMERICAS CO. LTD., PERMASTEELISA NORTH AMERICA CORP., PERMASTEELISA SOUTH CHINA FACTORY, PERMASTEELISA HONG KONG LIMITED,**
*Plaintiffs - Appellants*

**v.**

**UNITED STATES, ARCHITECTURAL GLASS & ALUMINUM COMPANY, WALTERS & WOLF, BAGATELOS ARCHITECTURAL GLASS SYSTEMS, INC.,**
*Defendants - Appellees*

---

2018-1553, 2018-1554

---

Appeals from the United States Court of International Trade in Nos. 1:14-cv-00106-LMG, 1:14-cv-00107-LMG, 1:14-cv-00108-LMG Judge Leo M. Gordon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

March 18, 2019

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court